UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KEVIN JOSEPH SMITH,

        Petitioner,

  v.

SCOT FRAKES,

        Respondent.

Case No. C10-5921RJB/JRC

ORDER DENYING PETITIONER'S MOTION FOR RECONSIDERATION

The underlying matter has been referred to United States Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1)(A) and 636 (b)(1)(B), and Local Magistrate Judge Rules MJR3 and MJR4. Petitioner has filed a motion for reconsideration of the court order denying appointment of counsel (ECF No. 21). The motion is untimely and will not be considered on the merits.

The order denying appointment of counsel was entered May 12, 2011, (ECF No. 20). The motion for reconsideration was not signed until June 9, 2011. Local Rule 7 (h) provides that

ORDER - 1

a motion for reconsideration shall be filed within fourteen days of the order being filed. Petitioner had until May 26, 2011, to file his motion. The motion is DENIED.

Dated this 15th day of June 2011.

J. Richard Creatura
United States Magistrate Judge

ORDER - 2