UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KEVIN JOSEPH SMITH,

    Petitioner,

v.

SCOTT FRAKES,

    Respondent.

CASE NO. C10-5921-RJB-JRC

ORDER DENYING APPOINTMENT OF COUNSEL

The underlying petition for a writ of habeas corpus has been referred to United States Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), and Local Magistrate Judges' Rule MJR3 and MJR4. Petitioner is seeking federal habeas relief, pursuant to 28 U.S.C. § 2254.

Petitioner has filed a motion for appointment of counsel (ECF No. 34). There is no right to have counsel appointed in cases brought under 28 U.S.C. § 2254 unless an evidentiary hearing is required, because the action is civil, not criminal, in nature. Brown v. Vasquez, 952 F.2d 1164, 1168 (9th Cir. 1991) (citing McCleskey v. Zant, 499 U.S. 467, 495 (1991)); see Ortiz v. Stewart, 149 F.3d 923, 939 (9th Cir. 1998) ("There is simply no constitutional right to an attorney in a

ORDER -1

Case 3:10-cv-05921-RJB-JRC    Document 36    Filed 11/29/11    Page 2 of 2

state post-conviction proceeding."); see also Terrovona v. Kincheloe, 852 F.2d 424, 429 (9th Cir. 1988); and Rule 8(c) of the Rules Governing Section 2254 Cases in the United States District Courts.

Petitioner's motion for appointment of counsel is DENIED.

Dated this 29th day of November, 2011.

J. Richard Creatura
United States Magistrate Judge

ORDER -2