UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KEVIN JOSEPH SMITH,

                Petitioner,

    v.

SCOTT FRAKES.

                Respondent.

CASE NO. C10-5921-RJB-JRC

ORDER ADOPTING A REPORT
AND RECOMMENDATION

The Court having reviewed the Report and Recommendation of the Hon. J. Richard Creatura, United States Magistrate Judge, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

    (1)    The Court adopts the Report and Recommendation (Dkt. 37).

    (2)    This petition is DISMISSED. The first ground for review is not cognizable in a habeas petition and the remaining grounds for relief are procedurally barred.

    (3)    The Certificate of Appealability is DENIED.

The Clerk's office is directed to send a copy of this order to petitioner and to the Hon. J. Richard Creatura.

DATED this 9th day of January, 2012.

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge